# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) (For Offenses Committed On or After November 1, 1987) |

MICHAEL CHRISTOPHER GRIER

Case Number: DNCW511CR000028-001
USM Number: 24310-058

Erin Taylor
Defendant's Attorney

**THE DEFENDANT:**

 X    admitted guilt to violation of condition(s) 1,2,3,4,5,6,7,8,9,10 & 11 of the term of supervision.
 ___   Was found in violation of condition(s) count(s) _____ After denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | New law violation | 3/16/11 |
| 2 | Drug/alcohol use | 1/13/11 |
| 3 | Failure to comply with drug testing/treatment requirements | 2/8/11 |
| 4 | Failure to submit monthly supervision reports | 6/15/11 |
| 5 | Failure to make required court payments | 6/15/11 |
| 6 | Failure to maintain lawful employment | 6/15/11 |
| 7 | Failure to report change in residence | 3/10/11 |
| 8 & 9 | Failure to report contact with law enforcement officer | 2/26/11, 3/19/11 |
| 10 | Failure to attend and complete community service | 6/15/11 |
| 11 | Home detention violation | 6/15/11 |

The Defendant is sentenced as provided in pages 2 through 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

 ___   The Defendant has not violated condition(s) _____ And is discharged as such to such violation(s) condition.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: October 4, 2011

Signed: October 11, 2011

Richard L. Voorhees
United States District Judge

Defendant: MICHAEL CHRISTOPHER GRIER
Case Number: DNCW511CR000028-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>ELEVEN (11) MONTHS</u>.

**NO RESIDUAL SUPERVISED RELEASE TO FOLLOW TERM OF IMPRISONMENT**.

___ The Court makes the following recommendations to the Bureau of Prisons:

<u>X</u> The Defendant is remanded to the custody of the United States Marshal.

___ The Defendant shall surrender to the United States Marshal for this District:

    ___ as notified by the United States Marshal.

    ___ at___a.m. / p.m. on ___.

___ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ___ as notified by the United States Marshal.

    ___ before 2 p.m. on ___.

    ___ as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at
_____, with a certified copy of this Judgment.


_____
United States Marshal


By: _____
Deputy Marshal